# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CECIL RAY BEALS

NO. 2019 KW 0570

JUL 2 2 2019

In Re:    Cecil Ray Beals, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          310278.

BEFORE:   McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.

   **WRIT DENIED.**

                              PMc
                              TMH
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT